IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                       ORDER

Plaintiff,

                                                       11-cr-21-bbc

    v.

DUNG THI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Dung Thi has filed a letter asking the court to amend her sentence so that she may qualify for the Second Chance program.  I will construe her letter as a motion to modify her sentence and deny it.

       I have no authority to reduce defendant's sentence.  Once the sentencing court has imposed a sentence, the court loses jurisdiction to make any changes in the sentence except in two specific circumstances: (1) if the United States Government moves for a reduction in recognition of substantial assistance that the defendant has provided; or (2) if the court of appeals reverses  defendant's conviction.  Neither of these things has happened in this case, so I must deny defendant's motion.  However, I have no objection to defendant's

1

placement in a residential re-entry center if the Bureau of Prisons thinks it would be helpful to her.

## ORDER

IT IS ORDERED that defendant Dung Thi's motion to modify her sentence is DENIED on the ground that the court lacks the authority to grant the relief requested.

Entered this 9th day of May, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2